# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | |
|---|---|
| MARIA VERGARA, individually and on behalf of a class of similarly situated individuals,<br><br>    Plaintiff,<br><br>    v.<br><br>UBER TECHNOLOGIES, INC., a Delaware limited liability company,<br><br>    Defendant | No. 1:15-cv-06942<br><br><br>Judge Thomas Durkin<br>Magistrate Jeffrey Cole |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on Thursday, September 3, 2015, at 9:00 a.m., or as soon thereafter as counsel may be heard, we will appear before the Honorable Judge Thomas Durkin or any judge sitting in his stead, in Courtroom 1801 of the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois 60604, and present **AGREED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD TO PLAINTIFF'S COMPLAINT**, a copy of which was previously served upon you.

                                        UBER TECHNOLOGIES, INC.,


                                        By:    /s/ Debra R. Bernard
                                               One of its Attorneys

Debra R. Bernard
Perkins Coie LLP
131 S. Dearborn Street, Suite 1700
Chicago, Illinois 60603
(312) 324-8400
dbernard@perkinscoie.com

Dated:  August 31, 2015

1

## CERTIFICATE OF SERVICE

I, Debra R. Bernard, certify that on August 31, 2015, I caused the foregoing **NOTICE OF MOTION** to be filed via CM/ECF and served on the following:

Myles McGuire
Evan M. Meyers
Eugene Y. Turin
MCGUIRE LAW, P.C.
55 W. Wacker Drive, 9th Floor
Chicago, Illinois 60601
T: (312) 893-7002
F: (312)275-7895
mmcguire@mcgpc.com
emeyers@mcgpc.com
eturin@mcgpc.com

    /s/ Debra R. Bernard