# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Maria Vergara

                        Plaintiff,

v.                                              Case No.: 1:15−cv−06942
                                               Honorable Thomas M. Durkin

Uber Technologies, Inc.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, October 13, 2015:

      MINUTE entry before the Honorable Thomas M. Durkin:Status hearing held on 10/13/2015. Defendant's motion to stay is to be filed by 10/16/15. Plaintiff's response is due by 11/6/15. Defendant's reply is due 11/20/15. Status hearing set for 12/1/2015 at 09:00 AM.Mailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.