# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
### Eastern Division

Maria Vergara

                      Plaintiff,

v.                                                   Case No.: 1:15−cv−06942
                                                      Honorable Thomas M. Durkin

Uber Technologies, Inc.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, March 2, 2017:

      MINUTE entry before the Honorable Thomas M. Durkin:Defendant's motion for judgment on the pleadings [52] is dismissed without prejudice with leave to refile in the event mediation is unsuccessful. Mailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.