# Exhibit C

1. **List of objections filed by Kerry Ann Sweeney**
    - *Cody et al. v. SoulCycle, Inc.*, No. 15-cv-6457, Dkt. 248-3 (C.D. Cal. Sept. 25, 2017)
    - *Melito et al. v. American Eagle Outfitters, Inc.*, No. 14-cv-02440, Dkt. 275 (S.D.N.Y. June 5, 2017)
    - *Legg et al. v. Spirit Airlines, Inc.*, No. 14-cv-61978, Dkt. 141 (S.D. Fla. June 20, 2016)
    - *Larsen et al. v. Trader Joe's*, No. 11-cv-05188, Dkt. 100 (N.D. Cal. June 6, 2014)
    - *Hendricks et al. v. Starkist Co.*, No. 13-cv-00729, Dkt. 299 (N.D. Cal. Nov. 20, 2015)
    - *In re: Checking Account Overdraft Litig.*, No. 09-md-02036, Dkt. 3698 (S.D. Fla. Nov. 13, 2013)
    - *Cotter et al. v. Lyft, Inc.*, No. 13-cv-04065, Dkt. 264 (N.D. Cal. Nov. 1, 2016)
    - *In re: Magsafe Apple Power Adapter Litig.*, No. 09-cv-01911, Dkt. 86 (N.D. Cal. Jan. 6, 2012)

2. **List of objections filed by Pamela Sweeney**
    - *Goldemberg et al. v. Johnson & Johnson Consumer Cos., Inc.*, No. 13-cv-03073, Dkt. 118 (S.D.N.Y. Sept. 27, 2017)
    - *Gordon et al. v. The Hain Celestial Group, Inc.*, No. 16-cv-06526, Dkt. 57 (S.D.N.Y. Aug. 14, 2017)
    - *In re Packaged Ice Antitrust Litig.*, No. 08-md-01952, Dkt. 548 (E.D. Mich. May 31, 2017)
    - *Kumar et al. v. Salov North America Corp.*, 14-cv-2411, Dkt. 155 (N.D. Cal. May 1, 2017)
    - *Friedman et al. v. Guthy-Renker, LLC*, No. 14-cv-06009, Dkt. 217-11 (C.D. Cal. May 1, 2017)
    - *Leiner et al. v. Johnson & Johnson Consumer Cos., Inc.*, No. 15-cv-5876, Dkt. 87 (N.D. Ill. Dec. 22, 2016)
    - *Edwards et al. v. National Milk Producers Federation*, No. 11-cv-04766, Dkt. 449 (N.D. Cal. Nov. 1, 2016)
    - *Rouguie et al. v. Ascena Retail Group, Inc.*, No. 15-cv-724, Dkt. 116 (E.D. Pa. May 15, 2016)
    - *Barron et al. v. Snyder's-Lance, Inc.*, No. 13-cv-62496, Dkt. 206 (S.D. Fla. May 3, 2016)
    - *In re: Blue Buffalo Co. Mktg. and Sales Litig.*, No. 14-md-2562, Dkt. 184 (E.D. Mo. Mar. 13, 2016)
    - *Douglas et al. v. The Western Union Co.*, No. 14-cv-1741, Dkt. 70 (N.D. Ill. Feb. 25, 2016)
    - *Kolinek et al. v. Walgreen Co.*, No. 13-cv-04806, Dkt. 115 (N.D. Ill. July 16, 2015)

- *In re: Capital One TCPA Litig.*, No. 12-cv-10064, Dkt. 327 (N.D. Ill. Feb. 4, 2015)
- *Larsen et al. v. Trader Joe's*, No. 11-cv-05188, Dkt. 99 (N.D. Cal. June 6, 2014)
- *In re: Checking Account Overdraft Litig.*, No. 09-md-02036, Dkt. 3698 (S.D. Fla. Nov. 13, 2013)

3. **List of objections filed by Patrick Sweeney**
   - *Boise et al. v. Ace American Ins. Co. et al.*, No. 15-cv-21264, Dkt. 96 (S.D. Fla. Oct. 3, 2017)
   - *Retta et al. v. Millennium Prods. Inc.*, No. 15-cv-01801, Dkt. 135-1 (C.D. Cal. July 17, 2017)
   - *Forcellati et al. v. Hyland's Inc.*, No. 12-cv-01983, Dkt. 296 (C.D. Cal. June 27, 2017)
   - *Melito et al. v. American Eagle Outfitters, Inc.*, No. 14-cv-02440, Dkt. 275 (S.D.N.Y. June 5, 2017)
   - *In re: Auto. Parts Antitrust Litig.*, 12-md-02311, Dkts. 1299, 1714 (E.D. Mic. April 25, 2016, March 14, 2017)
   - *Rapoport-Hecht et al. v. Seventh Generation, Inc.*, No. 14-cv-09087, Dkt. 55 (S.D.N.Y. Dec. 28, 2016)
   - *Hooker et al. v. Sirius XM Radio, Inc.*, No. 13-cv-00003, Dkt. 189 (E.D. Va. Nov. 7, 2016)
   - *In re: Optical Disk Drive Products Antitrust Litig.*, No. 10-md-2143. Dkt. 1983 (N.D. Cal. Oct. 25, 2016)
   - *Barba et al. v. Shire U.S., Inc.*, No. 13-cv-21158, Dkt. 434 (S.D. Fla. Oct. 6, 2016)
   - *Jenkins et al. v. Equifax Info. Services, LLC*, No. 15-cv-00443, Dkt. 55 (E.D. Va. Oct. 3, 2016)
   - *In re: Lithium Ion Batteries Antitrust Litig.*, 13-md-02420, Dkt. 1486 (N.D. Cal. Sept. 27, 2016)
   - *Russel et al. v. Kohl's Dept. Stores, Inc.*, No. 15-cv-01143, Dkt. 84 (C.D. Cal. Aug. 11, 2016)
   - *Martin v. Global Marketing Research Services, Inc.*, No. 14-cv-1290, Dkt. 116 (M.D. Fla. July 27, 2016)
   - *Holland et al. v. Yahoo! Inc.*, No. 13-cv-04980, Dkt. 194 (N.D. Cal. July 14, 2016)
   - *In re Carrier IQ, Inc. Consumer Privacy Litig.*, No. 12-md-02330, Dkt. 452 (N.D. Cal. June 7, 2016)
   - *Chambers et al. v. Whirlpool Corp.*, No. 11-cv-01733, Dkt. 234 (C.D. Cal. May 31, 2016)
   - *Pearson et al. v. NBTY, Inc. et al.*, No. 11-cv-07972, Dkt. 261 (N.D. Ill. May 31, 2016)

- *Chimeno-Buzzi et al. v. Hollister Co. et al.*, No. 14-cv-23120, Dkt. 136 (S.D. Fla. March 7, 2016)
- *Douglas et al. v. The Western Union Co.*, No. 14-cv-1741, Dkt. 70 (N.D. Ill. Feb. 25, 2016)
- *Gay et al. v. Tom's of Maine, Inc.*, No. 14-cv-60604, Dkts. 34, 35 (S.D. Fla. Dec. 30, 2015)
- *Eggnatz et al. v. Kashi Co.*, No. 12-cv-21678, Dkt. 191 (S.D. Fla. Dec. 29, 2015)
- *Larocque et al. v. TRS Recovery Servs., Inc.*, No. 13-md-02426, Dkt. 121 (D. Maine Dec. 28, 2015)
- *In re: Polyurethane Foam Antitrust Litig.*, 10-md-02196, Dkt. 1968 (N.D. Oh. Nov. 17, 2015)
- *Fladell et al. v. Wells Fargo Bank, N.A., et al.*, No. 13-cv-60721, Dkt. 197 (S.D. Fla. Aug. 19, 2014)
- *Roberts et al. v. Electrolux Home Prods. Inc.*, No. 12-cv-1644, Dkt. 160 (C.D. Cal. Aug. 1, 2014)
- *Larsen et al. v. Trader Joe's*, No. 11-cv-05188, Dkt. 101 (N.D. Cal. June 6, 2014)
- *In re: Checking Account Overdraft Litig.*, No. 09-md-02036, Dkts. 1936, 3033, 3440 (S.D. Fla. Oct. 3, 2011, Nov. 6, 2012, Apr. 24, 2013)
- *Kardonick et al. v. JP Morgan Chase & Co. et al.*, No. 10-cv-23235 (S.D. Fla.)
- *In re: Lawnmower Engine Horsepower Marketing and Sales Practices Litig.*, No. 09-cv-00607, Dkt. 52 (E.D. Wi. June 4, 2010)
- *Arthur et al. v. Sallie Mae, Inc.*, No. 10-cv-00198, Dkt. 67 (W.D. Wa. Dec. 13, 2010)