| | |
|---|---|
| MARIA VERGARA, SANDEEP PAL, JENNIFER REILLY, USTIN BARTOLET, JAMES LATHROP, and JONATHAN GRINDELL, individually and on behalf of similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>UBER TECHNOLOGIES, INC., a Delaware corporation,<br><br>Defendant. | Case No. 15-cv-06942<br>Hon. Thomas M. Durkin<br><br>F I L E D<br>FEB 1 2 2018<br>THOMAS G. BRUTON<br>CLERK, U.S. DISTRICT COURT |

**AMENDED AND RESTATED OBJECTION OF KERRY ANN SWEENEY, PRO SE TO PROPOSED SETTLEMENT AND NOTICE OF INTENT NOT TO APPEAR- WITH THE INTENTION TO MODIFY THE ERROR OF SIGNING ELECTRONICLY AND SUBMITTING THE DOCUMENT MANUALLY PURSUANT TO FRCP RULE 11**

**NOW COMES,** Pro Se Objector, Kerry Ann Sweeney, and hereby files this amendment ('Amendment") to her previously filed objection.

I. **<u>AMENDENMENT TO PREVIOUS FILED OBJECTION IN ORDER TO CORRECT THE ERROR OF THE OBJECTOR SIGNING ELECTRONICALLY BUT FILING MANUALLY.</u>**

Kerry Ann Sweeney, Pro Se ("Objector") timely filed her objection in this matter. Objector, mistakenly however, signed the objection electronically instead

of signing it manually. This Amendment, is filed in a timely manner after the error in the execution of the objection was brought to the Objectors attention, for the purpose of correcting that error pursuant to Rule 11 of the Federal Rules of Civil Procedure.

**II.** **RULE 11 OF THE FEDERAL RULES OF CIVIL PROCEDURE ALLOWS ERRORS IN SIGNING A DOCUMENT WITH THE COURT TO BE CORRECTED**

Rule 11 of the Federal Rules of Civil Procedure ("FRCP") allows improperly executed document to be promptly corrected after being called to the party's attention:

> "Rule 11. Signing Pleadings, Motions, and Other Papers;
>
> Representations to the Court; Sanctions
>
> (a) SIGNATURE. Every pleading, written motion, and other paper must be signed by at least one attorney of record in the attorney's name—or by a party personally if the party is unrepresented. The paper must state the signer's address, e-mail address, and telephone number. Unless a rule or statute specifically states otherwise, a pleading need not be verified or accompanied by an affidavit. The court must strike an unsigned paper **unless the omission is promptly corrected after being called to the attorney's or party's attention." Rule 11 FRCP**

The correct signature on the objection should have read as follows:

> _____
> **Kerry Ann Sweeney, Pro Se**
> **1223 20th Street**
> **Unit 101**
> **Santa Monica, CA 4040440**
> **Phone: 424-299-0839**
> **Email:kerryannsweeney@gmail.com**

## II. CONCLUSION

**WHEREFORE**, This Objector, for the foregoing reasons, respectfully requests that the Court, accept this Amendment for filing and further:

1. Deem this Amendment has corrected the previously improperly signed objection;
2. Enter such Orders as are necessary and just to adjudicate this Amendment as valid and
3. For any other relief the Court finds equitable.

Dated:  January 31, 2018

Respectfully submitted,

_/s/ Kerry Ann Sweeney_
Kerry Ann Sweeney, Pro Se
1223 20th Street
Unit 101
Santa Monica, CA 4040440
Phone: 424-299-0839
Email:kerryannsweeney@gmail.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 1, 2018, I caused to be filed the foregoing with the Clerk of the Court of the United States District Court for the Northern District of Illinois, by having the foregoing deposited in First Class, U. S. Mail. When the Clerk of Court scans this objection into the CM/ECF system all parties who are registered will receive a copy. In addition, copies of this Amendment were sent via email to the following:

Hassan A. Zavareei
zavareei@tzlegal.com
Andrea R. Gold
agold@tzlegal.com
Myles P. McGuire
mmcguire@mcgpc.com

Evan M. Meyers
emeyers@mcgpc.com

Paul T. Geske
pgeske@mcgpc.com

Austin V. Schwing
aschwing@gibsondunn.com

Kerry Ann Sweeney, Pro Se

# KERRY ANN SWEENEY, PRO SE
# 1223 20TH STREET
# UNIT 101
# SANTA MONICA, CA 90404
# Phone: (424)-299-0832
# Email: kerryannsweeney@gmail.com

February 1, 2018

**Via U.S. Mail**
Clerk of Court
United States District Court
Northern District of Illinois
Everett McKinley Dirksen
United States Courthouse
219 South Dearborn Street
Chicago, IL 60604

Re: Uber TCPA Case No. 15-cv-6942

Dear Clerk:

I am Kerry Ann Sweeney, Pro Se objector. Please find enclosed for filing the following documents:

1. Notice of Pro Se Appearance.

2. Amended And Restated Objection of Kerry Ann Sweeney, Pro Se to Proposed Settlement And Notice Of Intent Not To Appear- With the Intention To Modify the Error of Signing electronically and Submitting The Document Manually Pursuant to FRCP Rule 11.

Thank you.

Regards

*Kerry Ann Sweeney*
Kerry Ann Sweeney

CC: Myles McGuire, Esquire