# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

MARIA VERGARA, SANDEEP PAL, JENNIFER REILLY, JUSTIN BARTOLET, JAMES LATHROP, and JONATHAN GRINDELL, individually and on behalf of similarly situated individuals, )
)
)
)
)
)
)
)

Plaintiffs, )
)
v. )
)
)
UBER TECHNOLOGIES, INC., )
a Delaware corporation, )
)
Defendants. )

Case No. 15-cv-06942

## NOTICE OF APPEAL

**Kerry Ann Sweeney, Pro Se**
1223 20th Street
Santa Monica, CA 90404
Phone: (424)-299-0832
Email: kerryannsweeney@gmail.com

Notice is hereby given that Kerry Ann Sweeney, Pro Se ("Objector/Appellant") appeals to the United States Court of Appeals for the Seventh Circuit from that certain Order entered in this action on February 26, 2018 (Document #111) and that certain order Granting Final Approval of Class Action Settlement and Granting in Part And Denying in Part Plaintiffs' Motion for Approval of Attorneys' Fees, Expenses and Incentive Awards entered in this action on March 1, 2018 (Document #112).

Objector/Appellant also hereby appeals from any order or judgment approving the Class Settlement, class counsel's attorneys' fees or expenses, and/or incentive awards to class representatives, and any order or judgment naming or identifying this Objector/Appellant or the objection filed by this Objector/Appellant entered or signed subsequent to this Notice of Appeal, including any order striking the Objector/Appellant's objection.

Dated: March 14, 2018

Respectfully Submitted,

*Kerry Ann Sweeney*
Kerry Ann Sweeney
1223 20th Street
Unit 101
Santa Monica, CA 90404
PH: (424)-299-0832
kerryannsweeney@gmail.com

# CERTIFICATE OF SERVICE

I hereby certify that on March 14, 2018 I caused to be filed this Notice of Appeal by having it mailed via U.S. First Class Mail to the Clerk of Courts of the United States District Court for the Northern District of Illinois at the Clerk of Courts address included in the Legal Notice of Settlement in this action. The Clerk will file this Notice of Appeal in the CM/ECF system thus effectuating service of such filing on all CM/ECF registered attorneys in this case.

_____
Kerry Ann Sweeney