
**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**



**FILED**

MAY 03 2018

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

MARIA VERGARA, SANDEEP PAL,
JENNIFER REILLY, USTIN BARTOLET,
JAMES LATHROP, and JONATHAN
GRINDELL, individually and on
behalf of similarly situated individuals,

    Plaintiffs,

        v.

UBER TECHNOLOGIES, INC., a Delaware
corporation,

    Defendant.

Case No. 15-cv-06942
Hon. Thomas M. Durkin

---

### KERRY ANN SWEENEY, PRO SE RESPONSE TO PLAINTIFF'S MOTION FOR A BOND

---

**NOW COMES,** Pro Se Objector, Kerry Ann Sweeney, and hereby files this response to Plaintiff's Motion for a Bond.

### PLAINTIFF FAILS TO TELL THE COURT HOW IT ARRIVED AT THE $5,000.00 AMOUNT OF THE BOND

Kerry Ann Sweeney, Pro Se ("Objector") asserts that the Plaintiff, in asking for a bond failed to present to the Court a detailed summary of what costs make up their request for a $5,000.00 bond.

Failing to do so is fatal to the plaintiff's request. Objector asserts that permitted costs are limited to copies, mailings and other administrative matters.

Accordingly, Objector states these costs should not be greater than $500.00. and ask this Court to issue an order requiring Objector to post $500.00 with the Clerk of Court.

## CONCLUSION

**WHEREFORE**, This Objector, for the foregoing reasons, respectfully requests that the Court:

1. Enter such Orders as are necessary and just to adjudicate this request.

2. For any other relief the Court finds equitable.


Dated: April 24, 2018

Respectfully submitted,

*Kerry Ann Sweeney*
Kerry Ann Sweeney, Pro Se
1223 20th Street
Unit 101
Santa Monica, CA 4040440
Phone: 424-299-0839
Email:kerryannsweeney@gmail.com

# CERTIFICATE OF SERVICE

I hereby certify that on April 25, 2018, I caused to be filed the foregoing with the Clerk of the Court of the United States District Court for the Northern District of Illinois, by having the foregoing deposited in First Class, U. S. Mail. When the Clerk of Court scans this objection into the CM/ECF system all parties who are registered will receive a copy. In addition, copies of this Response were sent via email to the following:

Hassan A. Zavareei
zavareei@tzlegal.com
Andrea R. Gold
agold@tzlegal.com

Myles P. McGuire
mmcguire@mcgpc.com

Evan M. Meyers
emeyers@mcgpc.com

Paul T. Geske
pgeske@mcgpc.com

Austin V. Schwing
aschwing@gibsondunn.com

*Kerry Ann Sweeney, Pro Se*