UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.2.2
Eastern Division

Maria Vergara, et al.
                      Plaintiff,

v.                                                    Case No.: 1:15−cv−06942
                                                                                  Honorable Thomas M. Durkin

Uber Technologies, Inc.
                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, June 5, 2018:

      MINUTE entry before the Honorable Thomas M. Durkin:On 5/7/18, this Court granted plaintiffs' motion to require appellant Kerry Ann Sweeney to pay a $5,000.00 appeal bond [129]. That bond has not yet been paid. Sweeney is ordered to pay the $5,000.00 appeal bond on or before 6/19/18.Mailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.