

**FILED**

JUN 05 2018

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

VERGARA

Plaintiff(s),

-against-

UBER TECHNOLOGIES, INC.

Defendant(s).

Docket No: 15 CV6942 TMD

NOTICE OF PRO SE APPEARANCE

I hereby enter an appearance on my own behalf in this action and request:

(please check one option below)

☐ that all future correspondence be mailed to me at the address below, or

☒ that all future correspondence be e-mailed to me at the e-mail address below. I have completed the attached Consent to Electronic Service.

I understand that if my address or e-mail address changes, I must immediately notify the Court and all parties.

SWEENEY, KERRY ANN
Name (Last, First, MI)

☒ OBJECTOR
☐ Plaintiff
☐ Defendant

Address  City  State  Zip Code

kerryannsweeney@gmail.com
e-mail address

Telephone Number

Date: 5-7-2018

Signature: KerryAnn Sweeney, Pro Se

KerryAnn Sweeney, Pro Se

2018 JUN -5 AM 9:22
RECEIVED